RHONDA WITTORF, Appellant, v CITY OF NEW YORK, Respondent.

Submitted September 3, 2013; decided September 12, 2013

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

[997 NE2d 139, 974 NYS2d 314]

In the Matter of ROBERT E. ALEXANDER.

Decided September 17, 2013

**OPINION OF THE COURT**

On consideration of the continuation of this Court's August 22, 2013 suspension of Honorable Robert E. Alexander from the office of Justice of the Pembroke Town Court, Genesee County, it is ordered that the suspension is continued, with pay, effective immediately (*see* 21 NY3d 1021 [2013]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.